JANSA WOODWORKING CORP., Appellant, v. SEALTITE MANUFACTURING CORP., Respondent.—

Present — Nolan, P. J., Wenzel, Schmidt, Murphy and Ughetta, JJ. [See *ante*, p. 873. ]

LOUIS KOSLOW, Doing Business as ASSETS DISCOUNT CO., Respondent, v. MICHEL WAX et al., Appellants.—

Present — Nolan, P. J., MacCrate, Beldock, Murphy and Ughetta, JJ.

LOUIS KOSLOW, Doing Business as ASSETS DISCOUNT CO., Respondent, v. MICHEL WAX et al., Appellants. ERIK A. NICOLAYSAN, as Receiver, Respondent.

Present — Nolan, P. J., MacCrate, Beldock, Murphy and Ughetta, JJ.

HERBERT LIEBERTHAL, Doing Business as HERBERT ENGINEERING CO., Appellant, v. SINCLAIR REFINING COMPANY, Respondent.—

Present — Nolan, P. J., Wenzel, MacCrate, Schmidt and Ughetta, JJ. [See *ante*, p. 859.]

LEON MURRA et al., Respondents, v. FRANK APRIGLIANO et al., Appellants.—

Present — Nolan, P. J., MacCrate, Beldock, Murphy and Ughetta, JJ.

JOSEPH B. PRUSSIANO, Respondent, v. SUNRISE PLASTERING CORP. et al., Appellants.—

Present — Nolan, P. J., MacCrate, Beldock, Murphy and Ughetta, JJ. [See 285 App. Div. 1182.]

ABE SALTERS et al., Respondents, v. MILLMAN & NAZZARO CONSTRUCTION CORP., Appellant.—

Present — Nolan, P. J., MacCrate, Beldock, Murphy and Ughetta, JJ.

LILLIAN WISNER et al., Respondents, v. HARMAS HOLDING CORP., Respondent, and SEABERG ELEVATOR CO., INC., Appellant.—

Present — Nolan, P. J., MacCrate, Beldock, Murphy and Ughetta, JJ.